# Addendum A

## Federal Statutes:

Because I have limited funds and limited time ability to research, and because I have been continually harassed which has added or continued the damage:
*I do not have all the Federal Statutes numbers available; however, from preliminary research the following do apply:*

### medical malpractice, negligence

1. related to crime
2. nurse
3. needed to the know the severity of the:
   a) chemical brain injury
   b) drug interaction
   c) blood pressure not responding acceptably with meds
   d) spine
4. side-effects
5. ?
6. ?
7. ?
8. ?

All that is available at local Public Library  7-31-2017  MNP

Prepared and written by Ms. Mary Novotny Pena     July 31, 2017