# Addendum E

## Statement of Claim

### By Cleveland Clinic Foundation:
1. Eric Betka prescribed a medication that I was allergic to
2. Dr. Lyndsey Roesh:
    1) prescribed medications with severe side-effects and ignored them when complained or reported
    2) prescribed a medication that interacted with another medication and caused severe pain and chemical brain injury (it could have/almost induced other illnesses)

### By Firelands Regional Medical Center:
1. Would not give medication list in writing even after requesting more than four times
2. Originally refused to give medical records requested
3. Gave medical records through the mail with a toxic substance on them
4. Prescribed, administered medicines without knowing the proper dose
5. Could not openly speak, or leave without knowing there may be retaliation by additional medication or other
6. Their medical records painted me as having bad/unhealthy behaviors so they could treat- used fraud to make me fit into their diagnosis

### By Cleveland Clinic Foundation and Firelands Regional Medical Center:
1. The staff did not read my chart, or have accurate medical information,
2. They did not read, listen to mine medical or healthcare information
3. Did not treat the health, medical issues that I ask assistance on several times, and the issues were severe at the time
4. Treated me as though I was an ignorant patient (health-care consumer) on my medicines prescribed and health issues
5. Stated I had medical issues that I did not have
6. And would not acknowledge medical issues that I did have
7. Ignored the severity of the side-effects of my medication
8. Would not give, and explanation or description of some diagnoses given
9. During a hospital stay the facilities were not hygienic
10. Did not follow proper medical procedures
11. They continued to treat without authorization

### Defendents and Treatment Dates:
Cleveland Clinic Foundation: August 2016 through present (July 31, 2017)
    *Only authorized by me until March 2017*

Firelands Regional Medical Center: October 2003 through present (July 31, 2017)
    *Only authorized by me until August 1, 2016 (August First, Two-Thousand Sixteen)*

Prepared and written by Ms. Mary Novotny Pena July 31, 2017